718 A.2d 296

**In the Matter of Nicole Primas GAINES Candidate for Representative in the General Assembly from the 24th Legislative District.**

**Appeal of Joseph PRESTON.**

Supreme Court of Pennsylvania.

Submitted Sept. 28, 1998.

Decided Oct. 14, 1998.

John J. Connelly, Jr., Harrisburg, for Joseph Preston.

Anthony J. Foschi, Camp Hill, for Nicole Primas Gaines.

Dick Filling, Commissioner, Info–Bureau of Elections.

D. Michael Fisher, Attorney General.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

AND NOW, this 14th day of October, 1998, the order of the Commonwealth Court is **AFFIRMED**.